# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 9, 2010

No. 09-60471

Lyle W. Cayce
Clerk

MACEL JUERGENS; DESIGNS BY MACEL

Plaintiffs-Appellants

v.

WILLIAM L. WATT

Defendant-Appellee

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:08-CV-7

Before REAVLEY, WIENER, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See Rule 47.6

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.